# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

COMMONWEALTH OF PENNSYLVANIA, : No. 351 MAL 2014
:
          Respondent      :
                                  : Petition for Allowance of Appeal from the
                                  : Order of the Superior Court
          v.                   :
:
:
:
WILLIAM M. MYERS, :
:
          Petitioner          :

## ORDER

**PER CURIAM**

     **AND NOW**, this 18th day of November, 2014, the Petition for Allowance of Appeal is **DENIED**.